IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02782-MEH

TODD GROSE,

    Plaintiff/Counter Defendant,

v.

Q3 CONTRACTING,

    Defendant/Counter Claimant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2019.**

    Plaintiff's Motion to Quash [Defendant's] Subpoena and Protective Order [filed August 2, 2019; ECF 20] is **denied without prejudice** for Plaintiff's failure to comply with the paragraph 8.d. of the governing Scheduling Order. ECF 15. Plaintiff shall address an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov asking to schedule a conference with this Court regarding the issues raised in the motion.